446 A.2d 669

Commonwealth v. Jefferson, etc., Appellant.

Submitted September 14, 1981.  Gary Fronheiser, Assistant Public Defender, for appellant;  George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.

Judgment of sentence affirmed.

DiSALLE, J., did not participate in the consideration or decision in this case.